IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID PEARCE,

        Petitioner,        JUDGMENT IN A CIVIL CASE

    v.        Case No. 13-cv-599-bbc

WARDEN WERLINGER,

        Respondent.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing petitioner David Pearce's petition for a writ of habeas corpus under 28 U.S.C. 2241.

/s/ E. Clark, Deputy Clerk        1/8/2014
Peter Oppeneer, Clerk of Court        Date